<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1533**

_____

ROBYN ADOLPHE,

Plaintiff – Appellant,

v.

AMERICAN HOME MORTGAGE SERVICING, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  David Shepardson Cayer, Magistrate Judge.  (3:10-cv-00620-DSC)

_____

Submitted:  September 29, 2011        Decided:  October 4, 2011

_____

Before KING, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robyn Adolphe, Appellant Pro Se. Heather Bell Adams, ALSTON & BIRD, LLP, Durham, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robyn Adolphe appeals the magistrate judge's order[*] dismissing her complaint for failure to state a claim on which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>Adolphe v. American Home Mortgage</u>, No. 3:10-cv-00620-DSC (W.D.N.C. May 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the jurisdiction of the magistrate judge. <u>See</u> 28 U.S.C. § 636(c) (2006).

2